■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIA AVILES, Appellant. [651 NYS2d 910] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered January 19, 1995, convicting her of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was not legally sufficient to establish her guilt is unpreserved for appellate review (*see*, CPL 470.05 [2]; *People v Gray*, 86 NY2d 10; *People v Udzinski*, 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see*, CPL 470.15 [5]). Rosenblatt, J. P., O'Brien, Thompson and Luciano, JJ., concur.